# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FORD MOTOR COMPANY,
a Delaware corporation,

         Plaintiff,

CASE NO. 99-CV-73933

PAUL D. BORMAN
-vs-         UNITED STATES DISTRICT JUDGE

MUSTANGS UNLIMITED, INC.,
a New York corporation,

         Defendant.
_____/

## ORDER REQUESTING THAT THE PARTIES SUBMIT BRIEFS ADDRESSING THE ISSUE OF WHETHER PLAINTIFF'S TRADEMARK REGISTRATION COVERS THE USE OF THE TRADEMARK ON CLOTHING ITEMS

Before the Court is Plaintiff's November 29, 2006 Motion for Order to Show Cause why Defendant should not be held in contempt of this Court's June 8, 2006 Stipulated Injunction. The Court held a hearing on January 30, 2007. The Court **REQUESTS** that the parties submit briefs, not to exceed seven (7) pages, addressing whether Plaintiff's Trademark Registration No. 2,000,179 covers the use of the Trademark on clothing items. Plaintiff has fourteen (14) days from the date of this order to submit its brief. Defendant will have seven (7) days from the filing of Plaintiff's brief to file a Response.

**SO ORDERED.**

         s/Paul D. Borman
         PAUL D. BORMAN
         UNITED STATES DISTRICT JUDGE

Dated: February 1, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2007.

                                          s/Denise Goodine
                                          Case Manager